(82 South. 895)

VINSON v. STATE. (7 Div. 577.) (Court of Appeals of Alabama. June 10, 1919.) Appeal from Circuit Court, Etowah County; J. E. Blackwood, Judge. J. Q. Smith, Atty. Gen., for the State.

BROWN, P. J. Appeal dismissed.

━━━

(81 South. 895)

WHITEMORE v. STATE. (7 Div. 579.) (Court of Appeals of Alabama. Jan. 21, 1919.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge. Proceedings between Pete Whitemore and the State. The former appeals. Affirmed. P. F. Wharton, of Anniston, for appellant. Emmett S. Thigpen, Atty. Gen., for the State.

SAMFORD, J. This case is appealed on the record, without a bill of exceptions. There is no error apparent on the record, and the judgment is affirmed. Affirmed.

(81 South. 895)

WILLIS v. POSS. (8 Div. 624.) (Court of Appeals of Alabama. May 22, 1919.) Appeal from Circuit Court, Franklin County; C. P. Almon, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

━━━

(82 South. 895)

WILSON v. STATE. (8 Div. 629.) (Court of Appeals of Alabama. June 17, 1919.) Appeal from Circuit Court, Franklin County; C. P. Almon, Judge. J. Q. Smith, Atty. Gen., for the State.

BROWN, P. J. We have examined the record in this case and find no error therein. Affirmed.

━━━

(82 South. 895)

WRIGHT v. STATE. (5 Div. 306.) (Court of Appeals of Alabama. April 22, 1919.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.